### Jackson, Appellant, v. Pittsburgh Railways Company.

Argued November 9, 1965. *Daniel M. Berger,* with him *Berger & Berger,* for appellant; *Con F. McGregor,* with him *Bechman, Dunn & McGregor,* for appellee.

Order affirmed.

FLOOD, J., absent.

### Mingarelli Unemployment Compensation Case.

Argued November 10, 1965. *Nellie Mingarelli,* claimant, appellant, in propria persona; *Sydney Reuben,* Assistant Attorney General, with him *Walter E. Alessandroni,* Attorney General, for Unemployment Compensation Board of Review, appellee.

Decision affirmed.

FLOOD, J., absent.